## JOHN A. RUCKER *versus* ISABELLA MACOMB, WIDOW OF JOHN W. MACOMB, DECEASED, ISABELLA MACOMB, MARIA DE LA MERCEDE MACOMB, MARIA THERESA ELVIRA MACOMB, AND FRANCES SARAH DRING MACOMB, HEIRS AT LAW OF JOHN W. MACOMB, DECEASED, AND ALEXANDER MACOMB

JOURNAL ENTRIES (1816–19): *Journal 2:* (1) Bill filed, subpoenas ordered issued, notice ordered published \*p. 505; (2) appearance \*p. 507; (3) guardian ad litem appointed \*p. 513; (4) cause heard, bill of complaint

*p. 550; (5) leave to amend bill of complaint, amendment *p. 567; (6) appearance, answer filed *p. 581; (7) continued *p. 582; (8) answer of Alexander Macomb *p. 617; (9) answer of infant defendants *p. 622; (10) answer of Isabella Macomb *p. 624; (11) decree *p. 628; (12) report of sale and account filed *p. 710; (13) account allowed *p. 724. *Chancery Journal:* (14) Decree *p. 2.

PAPERS IN FILE: [None]